UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (FLINT)

In Re:
NEIL VAN HELMKAY                              Case No. 10-34331-dof
SSN xxx-xx-1407                               Chapter 7
12974 Croftshire Dr.                          Hon. Daniel S. Opperman
Grand Blanc, MI 48439                         Pet.Filed: 08/06/10
                  Debtor          /

OBJECTION TO CLAIM (3-1) OF INTERNAL REVENUE SERVICE

Now comes Collene K. Corcoran, trustee, by and through counsel Thomas J. Budzynski and objects to the claims as filed herein by the Internal Revenue Service stating as follows:

1. That the Internal Revenue Service filed Claim No. 3-1 in this cause for civil penalties.

2. That the claim is objected to for the following reasons: the debtor herein had previously sold the business from which these claims emanate. Based upon information received by the trustee, the debtor sold the business on December 3, 2003, and recovered the business due to non-payment of the sale price on September 12, 2008.

3. The debtor cannot be charged with civil penalties for periods in which he was not a responsible party and based upon the information received by the trustee, the debtor could not be a responsible party from December 3, 2003 through September 12, 2008.

4. That a review of the claim as filed herein reveals that the claim contains several items which are based upon items occurring during the periods when the debtor was not a responsible party.

5. That in addition thereto, the debtor sold the business and subsequently recovered the business and premises due to non-payment. The Internal Revenue Service filed liens on the property which encompass periods when the debtor was not a responsible party, and the liens are therefore ineffective.

6. That further, many of the assessments shown on the claim are outside the statute of limitations. Assessments must be made within three years of the due date of the tax, and assessment dates in some cases involve periods exceeding 5 years.

WHEREFORE, the trustee requests that the court disallow the claim of the Internal Revenue Service for all periods encompassing 12/3/2003 through 9/12/2008. That further the Court disallow claims for all periods in which the assessment was not made within three years of the due date of the tax.

That the court further place in the order a provision that those taxes are discharged as to the debtor.

Respectfully submitted,

*/s/ Thomas J. Budzynski*
Thomas J. Budzynski PC
Attorney for Ch. 7 Trustee
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com
P26355

Dated: 2/27/13

```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MICHIGAN (FLINT)      Exhibit 1
In Re:
NEIL VAN HELMKAY                              Case No. 10-34331-dof
SSN xxx-xx-1407                               Chapter 7
12974 Croftshire Dr.                          Hon. Daniel S. Opperman
Grand Blanc, MI 48439                         Pet.Filed: 08/06/10
                Debtor         /
```

ORDER DENYING CLAIM (3-1) OF INTERNAL REVENUE SERVICE

The matter having come before the Court on Trustee's Objection to Claim, interested parties having had notice and opportunity,

IT IS HEREBY ORDERED that the claims of the Internal Revenue Service for all periods encompassing 12/3/2003 through 9/12/2008 are Disallowed.

IT IS FURTHER ORDERED that any purported claim for assessments not made within three years of the due date of the tax shall be disallowed.

```
                     UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF MICHIGAN (FLINT)         Exhibit 2
In Re:
NEIL VAN HELMKAY                          Case No. 10-34331-dof
SSN xxx-xx-1407                           Chapter 7
12974 Croftshire Dr.                      Hon. Daniel S. Opperman
Grand Blanc, MI 48439                     Pet.Filed: 08/06/10
                 Debtor        /
```

NOTICE OF OBJECTION TO CLAIM (3-1) OF INTERNAL REVENUE SERVICE
_____

    Collene K. Corcoran, by and through her attorney, Thomas J. Budzynski, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to deny or change your claim, then on or before APRIL 3, 2013, you or your lawyer must:**

    **1. File with the court a written response to the objection, explaining your position, at:**

```
                          U.S. Bankruptcy Court
                          226 West Second Street
                             Flint, MI 48502
```

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Thomas J. Budzynski, 43777 N. Groesbeck Hwy., Clinton Twp., MI 48036

    **2. Attend the hearing on the objection, scheduled to be held on APRIL 10, 2013, at 9:30 A.M.**, **United States Bankruptcy Court, 226 West Second Street, Flint, Michigan 48502,** unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

    **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**


Dated: 2/27/13                           /s/ *Thomas J. Budzynski*
                                         _____
                                         Thomas J. Budzynski PC
                                         Attorney for Ch. 7 Trustee
                                         43777 Groesbeck Hwy.
                                         Clinton Twp., MI 48036
                                         (586) 463-5253
                                         lawoffice@tjbudzynskipc.com
                                         P26355

**\*** Response or answer must comply with F.R.Civ.P. 8(b)(c) and (e)

```
                    UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF MICHIGAN (FLINT)      Exhibit 3
In Re:
NEIL VAN HELMKAY                         Case No. 10-34331-dof
SSN xxx-xx-1407                          Chapter 7
12974 Croftshire Dr.                     Hon. Daniel S. Opperman
Grand Blanc, MI 48439                    Pet.Filed: 08/06/10
                    Debtor         /
```

CERTIFICATE OF SERVICE
OBJECTION TO CLAIM (3-1) OF INTERNAL REVENUE SERVICE

    I hereby certify that on February 27, 2013, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Margaret Bartindale bartindalem@michigan.gov, hauscha@michigan.gov
Collene K. Corcoran trusteecorcoran@gmail.com, ckc@trustesolutions.net
Kimberly M. Lubinski klubinski@butler-butler.com, edm@butler-butler.com
Stephen Edward Spence steve.e.spence@usdoj.gov
John L. Topping jt.dmmbky@yahoo.com, tricountylawyers@yahoo.com

and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John Connor
Insolvency Manager
600 Arch St.
Room 5200
Philadelphia, PA 19106

Internal Revenue Service
PO Box 330500, M/S 15
Detroit, MI 48232-6500

United States Attorney
211 W. Fort St. - #2001
Detroit, MI 48226-3211

                              /s/ *Marilyn E. Lewis*
                              Secretary to
                              Thomas J. Budzynski P26355
                              Thomas J. Budzynski PC
                              Attorney for Ch. 7 Trustee
                              43777 Groesbeck Hwy.
                              Clinton Twp., MI 48036
                              (586) 463-5253
                              lawoffice@tjbudzynskipc.com

Dated: 2/27/13