```
                    UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF MICHIGAN (FLINT)
```

In Re:
NEIL VAN HELMKAY                         Case No. 10-34331-dof
SSN xxx-xx-1407                          Chapter 7
12974 Croftshire Dr.                     Hon. Daniel S. Opperman
Grand Blanc, MI 48439                    Pet.Filed: 08/06/10
_____Debtor_____/

## OBJECTION TO CLAIM NUMBERS 15 AND 16 OF THE STATE OF MICHIGAN

Now Comes Collene K. Corcoran, Trustee, by and through counsel Thomas J. Budzynski, and objects to the claims filed by the State of Michigan Department of Treasury stating as follows:

    1.   The State of Michigan has filed claims based upon personal assessments resulting from business operations.

    2.   The business upon which these assessments are made was not operated by the debtor from December 3, 2003 to September 12, 2008. The debtor had sold the business and recovered the business via suit due to non payment of purchase price. This is based upon the information received from the debtor, and suit information is believed to be of record at the Genessee County Circuit Court.

    3.   A party cannot be held liable as a responsible party if he is not operating the business and has no control over the business.

    4.   The majority of the assessments are for periods during which the debtor had no control over the business.

WHEREFORE, the trustee requests that Claim Numbers 15 and 16 of the State of Michigan be disallowed.

                                          Respectfully submitted,

/s/ *Thomas J. Budzynski*
Thomas J. Budzynski PC
Attorney for Ch.7 Trustee
43777 N. Groesbeck Hwy.
Clinton Twp., MI 48036
(586) 463-5253
lawoffice@tjbudzynskipc.com
P26355

Dated: 2/27/13

In Re:
NEIL VAN HELMKAY                  Case No. 10-34331-dof
SSN xxx-xx-1407                   Chapter 7
12974 Croftshire Dr.              Hon. Daniel S. Opperman
Grand Blanc, MI 48439             Pet.Filed: 08/06/10
_____Debtor_____/

## ORDER DISALLOWING CLAIM NUMBERS 15 AND 16 OF THE STATE OF MICHIGAN

The matter having come before the Court on Trustee's objection to claims, interested parties having had notice and opportunity,

IT IS HEREBY ORDERED that Claim Numbers 15 and 16 and the amendments thereto are disallowed.

```
                    UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF MICHIGAN (FLINT)          Exhibit 2
In Re:
NEIL VAN HELMKAY                         Case No. 10-34331-dof
SSN xxx-xx-1407                          Chapter 7
12974 Croftshire Dr.                     Hon. Daniel S. Opperman
Grand Blanc, MI 48439                    Pet.Filed: 08/06/10
                   Debtor      /
```

### NOTICE OF OBJECTION TO CLAIM NUMBERS 15 AND 16
### OF STATE OF MICHIGAN

    Collene K. Corcoran, by and through her attorney, Thomas J. Budzynski, has filed an objection to your claim in this bankruptcy case.

    **Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one**.

    If you do not want the court to deny or change your claim, then **on or before APRIL 3, 2013**, you or your lawyer must:

    1.   File with the court a written response to the objection, explaining your position, at: *

```
                         U.S. Bankruptcy Court
                         226 West Second Street
                            Flint, MI 48502
```

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Thomas J. Budzynski, 43777 N. Groesbeck Hwy., Clinton Twp., MI 48036

    2.   **Attend the hearing on the objection, scheduled to be held on APRIL 10, 2013, at 9:30 A.M.** United States Bankruptcy Court, 226 West Second Street, Flint, Michigan 48502, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

    **If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be cancelled, and the objection sustained.**

```
Dated: 2/27/13                          /s/ Thomas J. Budzynski
                                        Thomas J. Budzynski PC
                                        Attorney for Ch. 7 Trustee
                                        43777 Groesbeck Hwy.
                                        Clinton Twp., MI 48036
                                        (586) 463-5253
                                        lawoffice@tjbudzynskipc.com
                                        P26355
```

* Response or answer must comply with F.R.Civ.P. 8(b)(c) and (e)

```
                    UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF MICHIGAN (FLINT)     Exhibit 3
In Re:
NEIL VAN HELMKAY                       Case No. 10-34331-dof
SSN xxx-xx-1407                        Chapter 7
12974 Croftshire Dr.                   Hon. Daniel S. Opperman
Grand Blanc, MI 48439                  Pet.Filed: 08/06/10
                    Debtor        /
```

CERTIFICATE OF SERVICE
OBJECTION TO CLAIM NUMBERS 15 AND 16
<u>OF STATE OF MICHIGAN</u>

     I hereby certify that on February 27, 2013, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Margaret Bartindale bartindalem@michigan.gov, hauscha@michigan.gov
Collene K. Corcoran trusteecorcoran@gmail.com, ckc@trustesolutions.net
Kimberly M. Lubinski klubinski@butler-butler.com, edm@butler-butler.com
Stephen Edward Spence steve.e.spence@usdoj.gov
John L. Topping jt.dmmbky@yahoo.com, tricountylawyers@yahoo.com

and I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Sandra Braun
Michigan Department of Treasury
Revenue/AG
PO Box 30457
Lansing, MI 48909-7955

                                             /s/ *Marilyn E. Lewis*
                                             Secretary to
                                             Thomas J. Budzynski P26355
                                             Thomas J. Budzynski PC
                                             Attorney for Ch. 7 Trustee
                                             43777 Groesbeck Hwy.
                                             Clinton Twp., MI 48036
                                             (586) 463-5253
                                             lawoffice@tjbudzynskipc.com

Dated: 2/27/13